In the Matter of the Claim of WILLIAM L. CUNNINGHAM, Respondent, against HUNTERSPOINT LUMBER AND SUPPLY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.*— Award affirmed, with costs to the State Industrial Board. Davis, Whitmyer and Hill, JJ., concur; Hinman, Acting P. J., and Hasbrouck, J., dissent and vote for reversal and dismissal of the claim on the ground that the claimant at the time of the accident was not engaged in the course of the employment.

In the Matter of the Claim of ELLIE McLAUGHLIN, Respondent, against DUPARQUET, HUOT AND MONEUSE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of GIOVANNI PIRRITANO, Respondent, against BRUNO CEFALI, Appellant, Impleaded with INDEMNITY INSURANCE COMPANY OF NORTH AMERICA. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Hinman, Acting P. J., Whitmyer, Hill and Hasbrouck, JJ., concur; Davis, J., dissents and votes to reverse the award and remit the claim for further proof on the subject of whether the claimant was still engaged in his journey from his home to the work, or whether he had arrived at the place of employment and had become identified with it.

In the Matter of the Claim of PAUL KAISER, Respondent, against HARRY SIMMONS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of A. PANGRAZIO, Respondent, against EBSARY GYPSUM Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of LORETTA BLAUVELT, Appellant, against ERIE RAILROAD COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision affirmed, without costs. Hinman, Acting P. J., Davis, Whitmyer and Hill, JJ., concur; Hasbrouck, J., dissents and votes for reversal on the ground that the decedent was not engaged in interstate commerce.

In the Matter of the Claim of GERTRUDE COSTELLO, Respondent, against LUDLUM STEEL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JEANNE MARIA BUCCOS, Respondent, against CHARLES H. MORAN, JR., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of CELIA B. VAN BENCOTEN, Respondent, against VILLAGE OF HORSEHEADS, Defendant, Impleaded with MARYLAND CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

* Revd., 256 N. Y. —.